## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BRUCE WRIGHT,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**YM VENTURES NJ LLC**, a New Jersey company,<br><br>*Defendants*. | Case No. 3:22-cv-02402<br><br>**CLASS ACTION** |

## NOTICE OF DISMISSAL

Plaintiff Bruce Wright hereby notifies the Court of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this 12th day of September, 2022.   Respectfully submitted,

By: */s/ Stefan Coleman*
Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN
1072 Madison Ave, Suite 1
Lakewood, NJ 08701
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Attorney for Plaintiff and the putative Class*